AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-cr-00394 |
| | ) | Assigned To : McFadden, Trevor N. |
| RICKY JACKSON | ) | Assign. Date : 11/9/2023 |
| | ) | Description: Indictment (B) |
| | ) | Related Case: 20-cr-90 (TNM) |
| | ) | |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RICKY JACKSON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, and a Detectable Amount of Heroin;

FORFEITURE:   21 U.S.C. § 853(a) and (p)

2023.11.09
17:29:09
-05'00'

Date:   11/09/2023

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/28/2023, and the person was arrested on *(date)* 11/29/2023
at *(city and state)* Washington DC

Date: 11/29/2023

*Arresting officer's signature*

Kevin Flernon TFO
*Printed name and title*